```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :   22-CR-552 (JMF)
                                                                       :
FREDDY ESPINAL, EDWARD ALVARADO                                        :
SEGURA, and ADONY JASSER ALMANZAR                                      :
ESTRELLA                                                               :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :   23-CR-145 (JMF)
                                                                       :
CLISANDRO MENDEZ,                                                      :   SCHEDULING ORDER
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Trial in this case is scheduled for **April 2, 2024** at **9:30 a.m.**

It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **noon** on **March 20, 2024**. Any opposition to a motion *in limine* or trial memorandum shall be filed by **noon** on **March 25, 2024**.

In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise. The proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

It is further ORDERED that the parties appear for a final pretrial conference on **March 27, 2024**, at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

      SO ORDERED.

Dated: January 22, 2024  
       New York, New York

                                        JESSE M. FURMAN  
                                        United States District Judge